January 11, 1979.

M. P. No. 77-437. STATE *v.* REBECCA WILLIAMS. Defendant's motion for release pending review is denied. The state shall file its brief on or before January 20, 1979. Mr. Justice Doris did not participate. *Dennis J. Roberts II,*

Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for plaintiff. *Haiganush R. Bedrosian, William G. Grande, Jr.*, for defendant.